UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BETH ADAIR, | ) |
|    Plaintiff, | ) ) ) |
|    v. | )   Case No. 2:22-cv-2053 |
| MORTON COMMUNITY BANK and HOMETOWN COMMUNITY BANKS, | ) ) ) ) |
|    Defendants. | ) |

# ORDER

This matter is before the Court on Magistrate Judge McNaught's Report and Recommendation ("R&R") (doc. 31) recommending this Court grant Defendants' Motion to Dismiss Counts IV and V of Plaintiff's Amended Complaint (doc. 25).

The parties were notified they must file any objections to the R&R within fourteen days of its service. (Doc. 31 at 9). *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No objections were filed within the allowed time period. When no party timely objects to any portion of the R&R, the Court reviews it only for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. The Court has thus reviewed the R&R and now adopts it in its entirety.

IT IS THEREFORE ORDERED that the Court ADOPTS in full the Report and Recommendation of the Magistrate Judge. (Doc. 31). Defendants' Motion to Dismiss (doc. 25) is GRANTED. Counts IV and V of the Amended Complaint (doc. 24) are hereby DISMISSED WITH PREJUDICE.

2

SO ORDERED.

Entered this 23rd day of May 2023.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge
