IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

BETH ADAIR,

        Plaintiff,

vs.

MORTON COMMUNITY BANK and
HOMETOWN COMMUNITY BANKS,

        Defendants.

Case No. 22-cv-2053

## MOTION TO WITHDRAW AS COUNSEL

NOW COME Defendants, MORTON COMMUNITY BANK and HOMETOWN COMMUNITY BANKS, and for their Motion to Withdraw as Counsel, state as follows:

Attorney STEPHEN M. BUCK entered his appearance as lead counsel for Defendants, MORTON COMMUNITY BANK and HOMETOWN COMMUNITY BANCORP INC. (incorrectly named as HOMETOWN COMMUNITY BANKS), on May 27, 2022, Doc [4].

The undersigned attorney entered his appearance as additional counsel for Defendants, MORTON COMMUNITY BANK and HOMETOWN COMMUNITY BANCORP INC. (incorrectly named as HOMETOWN COMMUNITY BANKS), on May 27, 2022, Doc [9].

The undersigned attorney's employment with the Quinn Johnston law firm will conclude on April 23, 2025.

Accordingly, counsel wishes to withdraw as counsel in this matter. Lead counsel, STEPHEN M. BUCK, will remain counsel of record for MORTON COMMUNITY BANK and HOMETOWN COMMUNITY BANCORP INC. (incorrectly named as HOMETOWN COMMUNITY BANKS).

No party will be prejudiced by the relief requested herein.

Wherefore, Defendants respectfully request this Court allow the undersigned counsel to withdraw as counsel of record in this matter.

                MORTON COMMUNITY BANK and
                HOMETOWN COMMUNITY BANCORP INC.
                (incorrectly named as HOMETOWN
                COMMUNITY BANKS), Defendants

By:   */s/ Samuel J. Perkins*
       QUINN JOHNSTON

Stephen M. Buck – ARDC No. 6209958
Samuel J. Perkins – ARDC No. 6321283
QUINN JOHNSTON
227 N.E. Jefferson Avenue
Peoria, IL  61602
Telephone: (309) 674-1133
Facsimile:  (309) 674-6503
Email:  sbuck@quinnjohnston.com
       sperkins@quinnjohnston.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2025, I electronically filed the foregoing instrument with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    John C. Kreamer
    Joseph E. Urani
    jckreamer@kreamerlawgroup.com
    joe.urani@kreamerlawgroup.com

                                               *s/ Samuel J. Perkins*
                                       Stephen M. Buck – ARDC No. 6209958
                                       Samuel J. Perkins – ARDC No. 6321283
                                       QUINN JOHNSTON
                                       227 N.E. Jefferson Avenue
                                       Peoria, IL  61602
                                       Telephone: (309) 674-1133
                                       Facsimile:  (309) 674-6503
                                       Email: sbuck@quinnjohnston.com
                                                        sperkins@quinnjohnston.com

4906-8594-9493, v. 2